HENRY J. CRIPPEN v. WM. A. SIMPSON, et al.—LOAN & TRUST SAVINGS BANK v. WM. A. SIMPSON, et al.

TWO CASES, brought here by petition in error from the district court of Douglas county, in each of which T. A. Hurd and O. A. Bassett appeared for plaintiff in error, and S. O. Thacher for defendant in error James S. Crew.

The opinion of the court was delivered by

HORTON, C. J.: In each of these cases, judgment is claimed against William A. Simpson and Joseph J. Crippen, for the

Savings Bank v. Simpson.

sum of $7,500, together with interest, and for an order on the receiver, James S. Crew, directing him to pay such judgment ratably with other claims admitted against the partnership. Practically, the same questions are involved in these as in the case of *The Meredith Village Savings Bank v. Wm. A. Simpson, et al.*, supra, and under the authority of that case and the principles there stated, these cases will also be affirmed.

All the Justices concurring.